

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

| | |
|---|---|
| GERALD L. CAMPBELL | DOCKET NO. 06-CV-1820, SEC.P |
| VERSUS | JUDGE DEE D. DRELL |
| U.S. DEPARTMENT OF JUSTICE, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR41.3W.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 19th day of APRIL, 2007.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE